IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| <u>DYLAN LISTBERGER, ON HIS OWN BEHALF, AND AS PARENT ON BEHALF OF DELTA RAE LISTBERGER; AND TIMOTHY SEAN MORSE, PERSONAL REPRESENTATIVE OF THE ESTATE OF STACIE RAE MORSE, SOLELY ON BEHALF OF AND AS TRUSTEE FOR DYLAN LISTBERGER</u> | v. | <u>GUARDIAN FLIGHT, LLC AND DBA GUARDIAN FLIGHT ALASKA; GUARDIAN FLIGHT, INC.; GUARDIAN FLIGHT HOLDINGS, INC.; AIR MEDICAL GROUP HOLDINGS, INC.; TEXTRON AVIATION, INC.; DOES 1-10; DOE ENTITIES 1-10</u> |

THE HONORABLE JOSHUA M. KINDRED

DEPUTY CLERK
<u>KATE CROSSLEY</u>

CASE NO. <u>1:21-CV-00003-JMK</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**                DATE: 2/18/2021

**ORDER TO PETITIONER SUBSEQUENT TO REMOVAL**

This cause was removed to the United States District Court for the District of Alaska by Guardian Flight, LLC and dba Guardian Flight Alaska; Guardian Flight, Inc.; Air Medical Group Holdings, Inc.; Textron Aviation, Inc.; DOES 1-10; DOE Entities 1-10, petitioner. This cause was file number 1JU-21-00470 CI in the superior Court for the State of Alaska, First Judicial District.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that within twenty days of the date of this order petitioner shall file with the clerk of this Court copies of all records and proceedings in such state court, if this was not already done pursuant to 28 U.S.C. § 1446(a), and shall file a notice in this Court that all such copies have been filed herein, and a list of each document filed in the superior court, with date of filings.

Any motions and related documents which were filed in state court and undecided at the time this case was removed to federal court, must be renewed and refiled in the above case. Motions filed herein may differ because of the local rules of this district, and differing federal standards under Rule 56, etc.

IT IS FURTHER ORDERED that within ten days of this order, petitioner shall file with this Court a complete service list of all parties, including counsel of record, with addresses and telephone numbers, in order to facilitate mailings and telephone calls by the clerk's office of this Court.