Sheldon E. Winters
Lessmeier & Winters, LLC
8800 Glacier Highway Suite 226
Juneau, AK 99501
PH: 907-796-4999
swinters@lessmeier-winters.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DYLAN LISTBERGER, on his own behalf, and as parent on behalf of DELTA RAE LISTBERGER; and TIMOTHY SEAN MORSE, Personal Representative of the Estate of Stacie Rae Morse, solely on behalf of and as Trustee for Dylan Listberger,<br><br>              Plaintiffs,<br>  vs.<br><br>GUARDIAN FLIGHT, LLC and d/b/a GUARDIAN FLIGHT ALASKA; GUARDIAN FLIGHT, INC.; GUARDIAN FLIGHT HOLDINGS, INC.; AIR MEDICAL GROUP HOLDINGS, INC.; TEXTRON AVIATION, INC.; DOES 1 – 10; DOE ENTITIES 1 – 10,<br>              Defendants. | Case NO: 1:21-CV-00003-JMK |

## NON-OPPOSED MOTION FOR EXTENSION OF TIME AND NOTICE OF SETTLEMENT

Plaintiffs, with Defendant Guardian Flight LLC's consent, hereby give notice that this case has settled. Pending the filing of final dismissal documents, which is expected to be accomplished within 4 weeks if not sooner, Plaintiffs move for an extension of time to June 14, 2021, for the filing of its Reply to the Defendant Guardian Flight LLC's

*NON-OPPOSED MOTION FOR EXTENSION OF TIME and NOTICE OF SETTLEMENT*     *Page 1*
*Listberger et al v. Guardian Flight LLC et al.; Case NO. 1:21-CV-00003-JMK*

Case 1:21-cv-00003-JMK    Document 19    Filed 05/12/21    Page 1 of 2

Opposition to Plaintiffs' Motion for Remand.  Counsel for Defendant Guardian Flight LLC has agreed to the extension and agreed not to oppose this motion.

DATED this 12th day of May 2021, at Juneau, Alaska.

                LESSMEIER & WINTERS, LLC
                Attorneys for Plaintiffs
           By: s/ Sheldon E. Winters
                Sheldon E. Winters, AK Bar 8511209

Certificate of Service
I certify on May 12, 2021, a copy of
the foregoing was served by ECF on
counsel registered to receive electronic notices:

Robert L. Richmond & Marc G. Wilhelm
Richmond & Quinn
360 K Street Suite 200
Anchorage, AK 996501

s/ Sheldon E. Winters

*NON-OPPOSED MOTION FOR EXTENSION OF TIME and NOTICE OF SETTLEMENT*    *Page 2*
*Listberger et al v. Guardian Flight LLC et al.; Case NO. 1:21-CV-00003-JMK*

Case 1:21-cv-00003-JMK   Document 19   Filed 05/12/21   Page 2 of 2